AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF     COLORADO

UNITED STATES OF AMERICA

V.

PHILIPP MERILLAT

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 08-po-00036-GJR

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Gudrun J. Rice_
Signature of Judge

Gudrun J. Rice     Magistrate Judge
Name of Judge     Title of Judge

10/7/2008
Date